IN THE FIFTEENTH JUDICIAL CIRCUIT DISTRICT COURT
CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

| | |
|---|---|
| ROGER N. SMITH, et al., } | |
| } | |
| Plaintiffs, } | |
| } | Civil Action |
| vs. } | Case No: CV-07-90058 |
| } | |
| ALABAMA DEPARTMENT OF } | 2:07-CV-194-MEF |
| HUMAN RESOURCES, PAGE B. } | |
| WALLEY, TARILTON BENTON, } | |
| BENJAMIN JONES, ALICIA } | |
| SEXTON, CAROLYN BRYSON, } | |
| ANGELA SAMPSON, JENNIFER } | |
| STORY, CHILD PROTECT, INC., } | |
| AGNES MCKEEN, JANA CONLEE, } | |
| SALLY WILLIAMSON, AND } | |
| FICTITIOUS DEFENDANTS A, B, C, } | |
| D, E, AND F, } | |
| } | |
| Defendants. } | |

## FILING OF NOTICE OF REMOVAL
## TO FEDERAL DISTRICT COURT

COMES NOW the Defendants, Alabama Department of Human Resources, et al., pursuant to 28 U.S.C. §1446(d), and files with the Clerk of the Circuit Court of Montgomery County, Alabama, the attached copy of the Notice of Removal which has been filed in the United States District Court for the Middle District of Alabama, Northern Division.

RESPECTFULLY SUBMITTED this 5th day of March 2007.

TROY KING (KIN 047)
ATTORNEY GENERAL

SHARON E. FICQUETTE (FIC 01)
Chief Legal Counsel
Ala. Dept. of Human Resources

*[signature: Michael C. Joiner]*
MICHAEL C. JOINER (JOI 003)
Assistant Attorney General
Ala. Dept. of Human Resources
50 Ripley Street
P. O. Box 304000
Montgomery, AL 36130-4000
Ph: (334) 242-9330
Fax: (334) 242-0689

ATTORNEY FOR DEFENDANTS

ALABAMA DEPARTMENT OF
HUMAN RESOURCES

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **FILING OF NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT** upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them at their last know address in the United State Mail, first class postage pre-paid, on this the 5th day of March 2007.

Judy H. Barganier, Esq.
7025 Halcyon Park Drive
Montgomery, AL 36117

James B. Brannan, Esq.
P. O. Box 307
Montgomery, AL 36101-0307

Timothy C. Halstrom, Esq.
4162 Carmichael Court
Montgomery, AL 36106

Walter Scott, Esq.
Scott, Sullivan, Streetman, & Fox
2450 Valleydale Road
Birmingham, AL 35244

*[signature: Michael C. Joiner]*
MICHAEL C. JOINER
Asst. Attorney General