## US DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH AND** )<br>**SHERRY SMITH** )<br> )<br>    **Plaintiffs,** )<br> )<br>**VS.** )<br> )<br>**DEPARTMENT OF HUMAN** )<br>**RESOURCES of the STATE of** )<br>**ALABAMA, et al.** )<br> )<br>    **Defendants.** ) | **Case No: 2:07-CV-194-MEF** |

### NOTICE OF APPEARANCE

COMES NOW, William A. Scott, Jr., of the law firm of Scott, Sullivan, Streetman & Fox, P.C., 2450 Valleydale Road, Birmingham, Alabama 35244, and enters his appearance on behalf of Defendants, Child Protect, Inc., Sally Williamson, Jana Conlee and Agnes McKeen, in the above captioned case.

Respectfully submitted,

**s/William A. Scott, Jr.**

William A. Scott, Jr. (ASB-1539-O73W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd.
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 (fax)

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Rd.
Birmingham, Alabama 35244
(205) 967-9675
(205) 967-7563 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7<u>th</u> day of <u>March</u>, 2007, served a copy of the foregoing upon counsel for all parties via Alafile/ Efile or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:


Timothy C. Halstrom, Esq.
4170 Lomac St.
Montgomery, AL 36101

Judy H. Barganier, Esq.
Law Offices of Judy Barganier, PC
7025 Halcyon Park Dr.
Montgomery, AL 36117

J. Barnard Brannan, Jr. Es
The Brannan Law Firm PC
602 S. Hull St.
Montgomery, AL 36104

Michael C. Joiner
Ala. Dept. Of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000


**s/William A. Scott, Jr.**
OF COUNSEL