US DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH AND<br>SHERRY SMITH<br><br>    Plaintiffs,<br><br>VS.<br><br>DEPARTMENT OF HUMAN<br>RESOURCES of the STATE of<br>ALABAMA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No: 2:07-CV-194-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

COME NOW Defendants, Child Protect, Inc., Jana Conlee, Agnes McKeen, hereinafter referred to as CPI Defendants, by and through their undersigned counsel and answers Plaintiff's Complaint as follows:

### I. PARTIES

1. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the First Paragraph of Plaintiff's Complaint.

2. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Second Paragraph of Plaintiff's Complaint.

3. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Third Paragraph of Plaintiff's Complaint.

4. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Fourth Paragraph of Plaintiff's Complaint.

5. CPI Defendants admit to the portion of the allegation regarding residence and employment and deny the remainder of the allegation in the Fifth Paragraph of the Plaintiff's Complaint. CPI Defendants also admit that it's purpose is the supporting of children who are victims of abuse.

6. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Sixth Paragraph of Plaintiff's Complaint.

7. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Seventh Paragraph of Plaintiff's Complaint.

8. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eighth Paragraph of Plaintiff's Complaint.

.

9. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Ninth Paragraph of Plaintiff's Complaint.

10. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Tenth Paragraph of Plaintiff's Complaint.

11. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eleventh Paragraph of Plaintiff's Complaint.

12. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Twelfth Paragraph of Plaintiff's Complaint.

13. CPI Defendants admit the material allegations contained in the Thirteenth Paragraph of Plaintiff's Complaint.

14. CPI Defendants admit the material allegations contained in the Fourteenth Paragraph of Plaintiff's Complaint.

15. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Fifteenth Paragraph of Plaintiff's Complaint.

16. CPI Defendants are without sufficient information to admit or deny CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Sixteenth Paragraph of Plaintiff's Complaint.

## II. JURISDICTION AND VENUE

17. This case is now before the US District Court for the Middle District of Alabama, Northern Division.

18. This case is now before the US District Court for the Middle District of Alabama, Northern Division.

### III. APPLICABLE STATUTES AND REGULATIONS

19. CPI Defendants admit the material allegations contained in the Nineteenth Paragraph of Plaintiff's Complaint.

20. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Twentieth Paragraph of Plaintiff's Complaint.

21. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Twenty First Paragraph of Plaintiff's Complaint.

### IV. FACTUAL ASSERTIONS

22. CPI Defendants admit the material allegations contained in the Twenty Second Paragraph of Plaintiff's Complaint.

23. CPI Defendants deny the material allegations contained in the Twenty Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

24. CPI Defendants deny the material allegations contained in the Twenty Fourth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

25. CPI Defendants deny the material allegations contained in the Twenty Fifth

Paragraph of Plaintiff's Complaint and demand strict proof thereof.

26. CPI Defendants deny the material allegations contained in the Twenty Sixth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

27. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Twenty Seventh Paragraph of Plaintiff's Complaint.

28. CPI Defendants deny the material allegations contained in the Twenty Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

29. CPI Defendants deny the material allegations contained in the Twenty Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

30. CPI Defendants deny the material allegations contained in the Thirtieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

31. CPI Defendants deny the material allegations contained in the Thirty First Paragraph of Plaintiff's Complaint and demand strict proof thereof.

32. CPI Defendants deny the material allegations contained in the Thirty Second Paragraph of Plaintiff's Complaint and demand strict proof thereof.

33. CPI Defendants deny the material allegations contained in the Thirty Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

34. CPI Defendants are without sufficient information to admit or deny the

material allegations contained in the Thirty Fourth Paragraph of Plaintiff's Complaint.

35. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Thirty Fifth Paragraph of Plaintiff's Complaint.

36. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Thirty Sixth Paragraph of Plaintiff's Complaint.

37. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Thirty Seventh Paragraph of Plaintiff's Complaint.

38. CPI Defendants deny the material allegations contained in the Thirty Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

39. CPI Defendants deny the material allegations contained in the Thirty Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

40. CPI Defendants deny the material allegations contained in the Fortieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

41. CPI Defendants deny the material allegations contained in the Forty First Paragraph of Plaintiff's Complaint and demand strict proof thereof.

42. CPI Defendants deny the material allegations contained in the Forty Second

Paragraph of Plaintiff's Complaint and demand strict proof thereof.

43. CPI Defendants deny the material allegations contained in the Forty Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

44. CPI Defendants deny the material allegations contained in the Forty Fourth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

45. CPI Defendants deny the material allegations contained in the Forty Fifth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

46. CPI Defendants deny the material allegations contained in the Forty Sixth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

47. CPI Defendants deny the material allegations contained in the Forty Seventh Paragraph of Plaintiff's Complaint and demand strict proof thereof.

48. CPI Defendants deny the material allegations contained in the Forty Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

49. CPI Defendants deny the material allegations contained in the Forty Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

50. CPI Defendants deny the material allegations contained in the Fiftieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

51. CPI Defendants deny the material allegations contained in the Fifty First Paragraph of Plaintiff's Complaint and demand strict proof thereof.

52. CPI Defendants deny the material allegations contained in the Fifty Second Paragraph of Plaintiff's Complaint and demand strict proof thereof.

53. CPI Defendants deny the material allegations contained in the Fifty Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

54. CPI Defendants deny the material allegations contained in the Fifty Fourth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

55. CPI Defendants deny the material allegations contained in the Fifty Fifth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

56. CPI Defendants deny the material allegations contained in the Fifty Sixth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

57. CPI Defendants deny the material allegations contained in the Fifty Seventh Paragraph of Plaintiff's Complaint and demand strict proof thereof.

58. CPI Defendants deny the material allegations contained in the Fifty Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

59. CPI Defendants deny the material allegations contained in the Fifty Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

60. CPI Defendants deny the material allegations contained in the Sixtieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

61. CPI Defendants deny the material allegations contained in the Sixty First

Paragraph of Plaintiff's Complaint and demand strict proof thereof.

62. CPI Defendants deny the material allegations contained in the Sixty Second Paragraph of Plaintiff's Complaint and demand strict proof thereof.

63. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Sixty Third Paragraph of Plaintiff's Complaint.

## COUNT ONE
## NEGLIGENCE

64. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Sixty Fourth Paragraph of Plaintiff's Complaint.

65. CPI Defendants deny the material allegations contained in the Sixty Fifth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT TWO
## NEGLIGENCE

66. CPI Defendants deny the material allegations contained in the Sixty Sixth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

67. CPI Defendants deny the material allegations contained in the Sixty Seventh Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT THREE
## INTENTIONAL AND MALICIOUS CONDUCT

68. CPI Defendants deny the material allegations contained in the Sixty Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

69. CPI Defendants deny the material allegations contained in the Sixty Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT FOUR
## BREACH OF PROFESSIONAL RESPONSIBILITY

70. CPI Defendants deny the material allegations contained in the Seventieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

71. CPI Defendants deny the material allegations contained in the Seventy First Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT FIVE
## INTENTIONAL AND MALICIOUS CREATION OF FALSE MEMORIES

72. CPI Defendants deny the material allegations contained in the Seventy Second Paragraph of Plaintiff's Complaint and demand strict proof thereof.

73. CPI Defendants deny the material allegations contained in the Seventy Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT SIX

## CONSPIRACY TO CREATE FALSE MEMORIES

74. CPI Defendants deny the material allegations contained in the Seventy Fourth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

75. CPI Defendants deny the material allegations contained in the Seventy Fifth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT SEVEN

## NEGLIGENCE

76. CPI Defendants deny the material allegations contained in the Seventy Sixth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

77. CPI Defendants deny the material allegations contained in the Seventy Seventh Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT EIGHT

## SLANDER

78. CPI Defendants deny the material allegations contained in the Seventy Eighth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

79. CPI Defendants deny the material allegations contained in the Seventy Ninth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT NINE
## <u>LIABLE</u>

80. CPI Defendants deny the material allegations contained in the Eightieth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

81. CPI Defendants deny the material allegations contained in the Eighty First Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT NINE
## <u>DEFAMATION OF CHARACTER</u>

82. CPI Defendants deny the material allegations contained in the Eighty Second Paragraph of Plaintiff's Complaint and demand strict proof thereof.

83. CPI Defendants deny the material allegations contained in the Eighty Third Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT ELEVEN
## <u>DEPRIVATION OF PLAINTIFF'S RIGHT TO PRIVACY IN THE RAISING OF THEIR CHILDREN UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF ALABAMA</u>

84. CPI Defendants deny the material allegations contained in the Eighty Fourth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

85. CPI Defendants deny the material allegations contained in the Eighty Fifth Paragraph of Plaintiff's Complaint and demand strict proof thereof.

## COUNT TWELVE
## INJUNCTIVE RELIEF

86. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eighty Six Paragraph of Plaintiff's Complaint.

87. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eighty Seventh Paragraph of Plaintiff's Complaint.

88. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eighty Eighth Paragraph of Plaintiff's Complaint.

89. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Eighty Ninth Paragraph of Plaintiff's Complaint.

90. CPI Defendants are without sufficient information to admit or deny the material allegations contained in the Ninetieth Paragraph of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES
## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted against the CPI Defendants.

## SECOND DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

## THIRD DEFENSE

CPI Defendants plead the general issue.

## FOURTH DEFENSE

CPI Defendants deny that the Plaintiff's are injured to the extent as alleged in the Complaint and demand strict proof thereof.

## FIFTH DEFENSE

CPI Defendants have sovereign immunity from suit under the Eleventh Amendment to the Constitution of the United States.

## SIXTH DEFENSE

CPI Defendants aver qualified, good faith immunity as a defense to this action.

## SEVENTH DEFENSE

Any award of damages, compensatory or punitive, against CPI Defendants would violate CPI Defendants' sovereign immunity under the Eleventh Amendment to the Constitution of the United States.

## EIGHTH DEFENSE

CPI Defendants deny that Plaintiff's have pled or proved that they are entitled to either compensatory or punitive damages.

## NINTH DEFENSE

CPI Defendants reserve the right to amend their list of defenses to include any

defenses which becomes available or appears during the investigation of this case, discovery procedures or otherwise.

RESPECTFULLY SUBMITTED this 19th day of April, 2007.

                                                   **s/William A. Scott, Jr.**
                                                   William A. Scott, Jr. (ASB-1539-O73W)
                                                   Scott, Sullivan, Streetman & Fox, P.C.
                                                   2450 Valleydale Rd.
                                                   Birmingham, AL 35244
                                                   (205) 967-9675
                                                   (205) 967-7563 (fax)

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Rd.
Birmingham, Alabama  35244
(205) 967-9675
(205) 967-7563 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of April , 2007, served a copy of the foregoing upon counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

Timothy C. Halstrom, Esq.
4170 Lomac St.
Montgomery, AL 36101

Judy H. Barganier, Esq.
Law Offices of Judy Barganier, PC
7025 Halcyon Park Dr.
Montgomery, AL 36117

J. Barnard Brannan, Jr. Es
The Brannan Law Firm PC
602 S. Hull St.
Montgomery, AL 36104

Michael C. Joiner
Ala. Dept. Of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000

                                                               **s/William A. Scott, Jr.**
                                                                OF COUNSEL