## US DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH AND** | ) |
| **SHERRY SMITH** | ) |
| | ) |
| Plaintiffs, | ) |
| | )Case No: 2:07-CV-194-MEF |
| VS. | ) |
| | ) |
| **DEPARTMENT OF HUMAN** | ) |
| **RESOURCES of the STATE of** | ) |
| **ALABAMA, et al.** | ) |
| | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 25(f) of the Federal Rules of Civil Pocedure, the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

William A. Scott Jr.,
Attorney for Defendants Child Protect, Inc. Agnes McKeen, Jana Conlee, and Sally Williamson

Timothy C Halstrom
Judy H. Barganier,
J Bernard Brannan, Jr.
Attorneys for Plaintiff's Roger N Smith and Sherry Smith

Michael C Joiner
Sharon E Ficquette
Attorneys for Defendants Department of Human Resources of the State of Alabama, Page B Walley, Tarliton Benton, Benjamin Jones, Alicia Sexton, Carolyn Bryson, Angela Sampson, and Jennifer Story

**Pre-Discovery Disclosures**  The parties shall exchange the information required by Rule 26(a)(1) within 21 days of the entry of the Court's scheduling order.

**Discovery Plan**  The parties jointly proposed the following discovery plan:

(1)     All discovery commended in time to be completed by **March 7, 2008**

(2) Maximum of 20 "fact witness" depositions for each party, with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties. In addition, each party is entitled to a deposition of each designated expert, not to exceed 8 hours per deposition, unless extended by agreement of the parties.

(3) Maximum of 40 Interrogatories by each party to each Plaintiff/Defendant, with responses due within thirty (30) days after service.

(4) Maximum of 40 Requests for Admissions by each party to each Plaintiff/Defendant, with responses due thirty (30) days after service.

(5) Maximum of 40 Requests for Production by each party to each Plaintiff/Defendant, with responses due within thirty (30) days after service.

(6) Supplements under Federal Rule of Civil Procedure 26 (e) are due thirty (30) days before the close of discovery.

**Other Items**

(1) The parties do not request a conference with the Court before entry of the scheduling Order.

(2) Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) are due from the Plaintiff by **December 5, 2007.** Report from retained experts from the Defendants are due by **January 4, 2008**.

(3) The parties request a pretrial conference in **March 2008.**

(4) All potentially dispositive motions should be filed by **March 21, 2008.**

(5) Any motions to amend the pleadings ot to join additional parties shall be filed within ninety (90) days after entry if the Court's scheduling order.

(6) Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

(7) Final list of trial witnesses and exhibits under Federal Rule of Civil Procedure 26(a)(3) must be served and filed:

    A. By the Plaintiff: 30 days before trial ; and

    B. By the Defendant: 30 days before trial.

(8) Objections are to be filed within fifteen (15) days after receipt of final list.

(9)    This case should be ready for the May 5, 2008 trial term.

(10)   This case is expected to last 10 days.

Respectfully submitted this day

/s/William A. Scott, Jr.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Al 35244
Telephone No.: (205) 967-9675
Fax No.: (205) 967-7563
Email: scott@sssandf.com


/s/Timothy C. Halstrom
Attorney for Plaintiffs
4170 Lomac Street
Montgomery, Al 36106
Telephone No.: (334) 272-9524
Fax No.: (334) 244-7474
Email: halstromtim@aol.com


/s/ Michael C Joiner
Michael C. Joiner J0I003
Ass't Attorney General
Alabama DHR
P.O. Box 304000
Montgomery, Al 36130-4000
Telephone No.: (334) 242-9330
Fax No.: (334) 242-0689
Email: michael.joiner@dhr.alabama.gov