US DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY 24  A 9:38

| | |
|---|---|
| ROGER N. SMITH AND SHERRY SMITH ) ) ) | |
| Plaintiffs, ) | |
| ) | Case No: 2:07-CV-194-MEF |
| VS. ) ) | |
| DEPARTMENT OF HUMAN RESOURCES of the STATE of ALABAMA, et al. ) ) ) ) | |
| Defendants. ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported

_____
William A. Scott, Jr. (ASB-1539-O73W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd.
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 (fax)

OF COUNSEL:

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Rd.
Birmingham, Alabama 35244
(205) 967-9675
(205) 967-7563 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of March, 2007, served a copy of the foregoing upon counsel for all parties via Alafile/ Efile or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

Timothy C. Halstrom, Esq.
4170 Lomac St.
Montgomery, AL 36101

Judy H. Barganier, Esq.
Law Offices of Judy Barganier, PC
7025 Halcyon Park Dr.
Montgomery, AL 36117

J. Barnard Brannan, Jr. Es
The Brannan Law Firm PC
602 S. Hull St.
Montgomery, AL 36104

Michael C. Joiner
Ala. Dept. Of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000

_____
OF COUNSEL