IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Roger Smith, et al. )
)
    Plaintiff, )
)
v. ) CASE NO. 07-194-MEF
)
Ala. DHR, et al. )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Roger Smith**, a **Plaintiff** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [■] This party is an individual, or
- [ ] This party is a governmental entity, or
- [■] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/16/2007
Date

(Signature)
Timothy C. Halstrom
(Counsel's Name)

Roger Smith & Sherry Smith
Counsel for (print names of all parties)
4170 Lomac Street
Montgomery, AL 36106
Address, City, State Zip Code
(334)272-9524
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Timothy C. Halstrom, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of June 20 07, to:

Mr. Michael C. Joiner, Esq. Alabama Department of Human Resources P.O. Box 304000 Montgomery, AL 36130-4000

William A. Scott, Jr., Esq. Scott, Sullivan, Streetman & Fox, P.C. 2450 Valleydale Road Birmingham, AL 35244

6/16/2007
Date

Signature