**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 2, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Smith et al v. Department of Human Resources of the State of Alabama et al**

**Case Number:   2:07cv00194-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 16   filed on   June 29, 2007.**

US DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH AND<br>SHERRY SMITH<br><br>    Plaintiffs,<br><br>VS.<br><br>DEPARTMENT OF HUMAN<br>RESOURCES of the STATE of<br>ALABAMA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No: 2:07-CV-194-MEF<br>)   <u>**Jury Demand**</u><br>)<br>)<br>)<br>)<br>)<br>) |

## **ANSWER**

COMES NOW Defendant, Sally Williamson, by and through her undersigned counsel and answers Plaintiff's Complaint as follows:

### **I. PARTIES**

1. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the First Paragraph of Plaintiff's Complaint.

2. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Second Paragraph of Plaintiff's Complaint.

.

3. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Third Paragraph of Plaintiff's Complaint.

.

4. Sally Williamson is without sufficient information to admit or deny the

material allegations contained in the Fourth Paragraph of Plaintiff's Complaint.

5. Sally Williamson admits to the portion of the allegation regarding residence and employment and denies the remainder of the allegation in the Fifth Paragraph of the Plaintiff's Complaint. Sally Williamson also admits that her purpose is the supporting of children who are victims of abuse.

6. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Sixth Paragraph of Plaintiff's Complaint.

7. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Seventh Paragraph of Plaintiff's Complaint.

8. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eighth Paragraph of Plaintiff's Complaint.

.

9. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Ninth Paragraph of Plaintiff's Complaint.

10. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Tenth Paragraph of Plaintiff's Complaint.

11. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eleventh Paragraph of Plaintiff's Complaint.

12. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Twelfth Paragraph of Plaintiff's Complaint.

13. Sally Williamson admits the material allegations contained in the Thirteenth Paragraph of Plaintiff's Complaint.

14. Sally Williamson admits the material allegations contained in the Fourteenth Paragraph of Plaintiff's Complaint.

15. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Fifteenth Paragraph of Plaintiff's Complaint.

16. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Sixteenth Paragraph of Plaintiff's Complaint.

## II. JURISDICTION AND VENUE

17. This case is now before the US District Court for the Middle District of Alabama, Northern Division.

18. This case is now before the US District Court for the Middle District of

Alabama, Northern Division.

### III. APPLICABLE STATUTES AND REGULATIONS

19. Sally Williamson admits the material allegations contained in the Nineteenth Paragraph of Plaintiff's Complaint.

20. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Twentieth Paragraph of Plaintiff's Complaint.

21. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Twenty First Paragraph of Plaintiff's Complaint.

### IV. FACTUAL ASSERTIONS

22. Sally Williamson admits the material allegations contained in the Twenty Second Paragraph of Plaintiff's Complaint.

23. Sally Williamson denies the material allegations contained in the Twenty Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

24. Sally Williamson denies the material allegations contained in the Twenty Fourth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

25. Sally Williamson denies the material allegations contained in the Twenty Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

26. Sally Williamson denies the material allegations contained in the Twenty Sixth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

27. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Twenty Seventh Paragraph of Plaintiff's Complaint.

28. Sally Williamson denies the material allegations contained in the Twenty Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

29. Sally Williamson denies the material allegations contained in the Twenty Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

30. Sally Williamson denies the material allegations contained in the Thirtieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

31. Sally Williamson denies the material allegations contained in the Thirty First Paragraph of Plaintiff's Complaint and demands strict proof thereof.

32. Sally Williamson denies the material allegations contained in the Thirty Second Paragraph of Plaintiff's Complaint and demands strict proof thereof.

33. Sally Williamson denies the material allegations contained in the Thirty Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

34. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Thirty Fourth Paragraph of Plaintiff's

Complaint.

35. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Thirty Fifth Paragraph of Plaintiff's Complaint.

36. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Thirty Sixth Paragraph of Plaintiff's Complaint.

37. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Thirty Seventh Paragraph of Plaintiff's Complaint.

38. Sally Williamson denies the material allegations contained in the Thirty Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

39. Sally Williamson denies the material allegations contained in the Thirty Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

40. Sally Williamson denies the material allegations contained in the Fortieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

41. Sally Williamson denies the material allegations contained in the Forty First Paragraph of Plaintiff's Complaint and demands strict proof thereof.

42. Sally Williamson denies the material allegations contained in the Forty Second Paragraph of Plaintiff's Complaint and demands strict proof

thereof.

43. Sally Williamson denies the material allegations contained in the Forty Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

44. Sally Williamson denies the material allegations contained in the Forty Fourth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

45. Sally Williamson denies the material allegations contained in the Forty Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

46. Sally Williamson denies the material allegations contained in the Forty Sixth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

47. Sally Williamson denies the material allegations contained in the Forty Seventh Paragraph of Plaintiff's Complaint and demands strict proof thereof.

48. Sally Williamson denies the material allegations contained in the Forty Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

49. Sally Williamson denies the material allegations contained in the Forty Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

50. Sally Williamson denies the material allegations contained in the Fiftieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

51. Sally Williamson denies the material allegations contained in the Fifty First

Paragraph of Plaintiff's Complaint and demands strict proof thereof.

52. Sally Williamson denies the material allegations contained in the Fifty Second Paragraph of Plaintiff's Complaint and demands strict proof thereof.

53. Sally Williamson denies the material allegations contained in the Fifty Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

54. Sally Williamson denies the material allegations contained in the Fifty Fourth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

55. Sally Williamson denies the material allegations contained in the Fifty Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

56. Sally Williamson denies the material allegations contained in the Fifty Sixth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

57. Sally Williamson denies the material allegations contained in the Fifty Seventh Paragraph of Plaintiff's Complaint and demands strict proof thereof.

58. Sally Williamson denies the material allegations contained in the Fifty Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

59. Sally Williamson denies the material allegations contained in the Fifty Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

60. Sally Williamson denies the material allegations contained in the Sixtieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

61. Sally Williamson denies the material allegations contained in the Sixty First Paragraph of Plaintiff's Complaint and demands strict proof thereof.

62. Sally Williamson denies the material allegations contained in the Sixty Second Paragraph of Plaintiff's Complaint and demands strict proof thereof.

63. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Sixty Third Paragraph of Plaintiff's Complaint.

## COUNT ONE
## NEGLIGENCE

64. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Sixty Fourth Paragraph of Plaintiff's Complaint.

65. Sally Williamson denies the material allegations contained in the Sixty Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT TWO
## NEGLIGENCE

66. Sally Williamson denies the material allegations contained in the Sixty

Sixth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

67. Sally Williamson denies the material allegations contained in the Sixty Seventh Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT THREE
## INTENTIONAL AND MALICIOUS CONDUCT

68. Sally Williamson denies the material allegations contained in the Sixty Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

69. Sally Williamson denies the material allegations contained in the Sixty Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT FOUR
## BREACH OF PROFESSIONAL RESPONSIBILITY

70. Sally Williamson denies the material allegations contained in the Seventieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

71. Sally Williamson denies the material allegations contained in the Seventy First Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT FIVE
## INTENTIONAL AND MALICIOUS CREATION OF FALSE MEMORIES

72. Sally Williamson denies the material allegations contained in the Seventy

Second Paragraph of Plaintiff's Complaint and demands strict proof thereof.

73. Sally Williamson denies the material allegations contained in the Seventy Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT SIX
## CONSPIRACY TO CREATE FALSE MEMORIES

74. Sally Williamson denies the material allegations contained in the Seventy Fourth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

75. Sally Williamson denies the material allegations contained in the Seventy Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT SEVEN
## NEGLIGENCE

76. Sally Williamson denies the material allegations contained in the Seventy Sixth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

77. Sally Williamson denies the material allegations contained in the Seventy Seventh Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT EIGHT
## SLANDER

78. Sally Williamson denies the material allegations contained in the Seventy Eighth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

79. Sally Williamson denies the material allegations contained in the Seventy Ninth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT NINE
## LIABLE

80. Sally Williamson denies the material allegations contained in the Eightieth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

81. Sally Williamson denies the material allegations contained in the Eighty First Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT TEN
## DEFAMATION OF CHARACTER

82. Sally Williamson denies the material allegations contained in the Eighty Second Paragraph of Plaintiff's Complaint and demands strict proof thereof.

83. Sally Williamson denies the material allegations contained in the Eighty Third Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT ELEVEN
## DEPRIVATION OF PLAINTIFF'S RIGHT TO PRIVACY IN THE RAISING OF THEIR CHILDREN UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF ALABAMA

84. Sally Williamson denies the material allegations contained in the Eighty Fourth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

85. Sally Williamson denies the material allegations contained in the Eighty Fifth Paragraph of Plaintiff's Complaint and demands strict proof thereof.

## COUNT TWELVE
## INJUNCTIVE RELIEF

86. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eighty Six Paragraph of Plaintiff's Complaint.

87. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eighty Seventh Paragraph of Plaintiff's Complaint.

88. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eighty Eighth Paragraph of Plaintiff's Complaint.

89. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Eighty Ninth Paragraph of Plaintiff's Complaint.

90. Sally Williamson is without sufficient information to admit or deny the material allegations contained in the Ninetieth Paragraph of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted against Sally Williamson.

### SECOND DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

### THIRD DEFENSE

Sally Williamson pleads the general issue.

### FOURTH DEFENSE

Sally Williamson denies that the Plaintiff's are injured to the extent as alleged in the Complaint and demands strict proof thereof.

### FIFTH DEFENSE

Sally Williamson has sovereign immunity from suit under the Eleventh Amendment to the Constitution of the United States.

### SIXTH DEFENSE

Sally Williamson avers qualified, good faith immunity as a defense to this action.

### SEVENTH DEFENSE

Any award of damages, compensatory or punitive, against Sally Williamson would violate Sally Williamson's sovereign immunity under the Eleventh Amendment to the Constitution of the United States.

### EIGHTH DEFENSE

Sally Williamson denies that Plaintiff's have pled or proved that they are entitled to either compensatory or punitive damages.

**NINTH DEFENSE**

Sally Williamson reserves the right to amend her list of defenses to include any defenses which becomes available or appears during the investigation of this case, discovery procedures or otherwise.

RESPECTFULLY SUBMITTED this 29th day of June, 2007.

          **s/William A. Scott, Jr.**
          William A. Scott, Jr. (ASB-1539-O73W)
          Scott, Sullivan, Streetman & Fox, P.C.
          2450 Valleydale Rd.
          Birmingham, AL 35244
          (205) 967-9675
          (205) 967-7563 (fax)

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Rd.
Birmingham, Alabama 35244
(205) 967-9675
(205) 967-7563 (facsimile)

**DEFENDANT HEREBY DEMANDS TRIAL BY STRUCK JURY.**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this  29th  day of  June , 2007, served a copy of the foregoing upon counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

Timothy C. Halstrom, Esq.
4170 Lomac St.
Montgomery, AL 36101

Judy H. Barganier, Esq.
Law Offices of Judy Barganier, PC
7025 Halcyon Park Dr.
Montgomery, AL 36117
J. Barnard Brannan, Jr., Esq.
The Brannan Law Firm PC
602 S. Hull St.
Montgomery, AL 36104

Michael C. Joiner
Ala. Dept. Of Human Resources
P.O. Box 304000
Montgomery, AL 36130-4000

                                                 **s/William A. Scott, Jr.**
                                                 OF COUNSEL