# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH AND SHERRY SMITH** | ) ) ) |
| Plaintiffs, | ) ) ) **Case No: 2:07-CV-194-MEF** |
| VS. | ) ) |
| **DEPARTMENT OF HUMAN RESOURCES of the STATE of ALABAMA, et al.** | ) ) ) ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Child Protect, a Defendant in the above-styled matter, and in accordance with the Order of this Court and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under Rule 7.1 of the Federal Rules of Civil Procedure:

There are no entities to be reported.

Dated this the 10th day of December, 2007.

 /s/ William A. Scott, Jr.
William A. Scott, Jr. (ASB-1539-O73W)
Attorney for Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd.
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 (fax)
wscott@sssandf.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 10th day of December, 2007, served a copy of the foregoing upon counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

| | | |
|---|---|---|
| Timothy C. Halstrom<br>4170 Lomac St.<br>Montgomery, AL 36101 | Judy H. Barganier<br>Law Offices of Judy<br>Barganier, PC<br>7025 Halcyon Park Dr.<br>Montgomery, AL 36117 | J. Barnard Brannan, Jr.<br>The Brannan Law Firm PC<br>602 S. Hull St.<br>Montgomery, AL 36104 |

Michael C. Joiner
Ala. Dept. Of Human
Resources
P.O. Box 304000
Montgomery, AL 36130-4000

                                            /s/ William A. Scott, Jr.
                                            OF COUNSEL