IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

ROGER N. SMITH, ET AL.,                )
                                       )
     Plaintiff,                      )
                                       )
v.                                     )          Civil Action No: 2:07-CV-194-MEF
                                       )
                                       )
ALABAMA DEPARTMENT OF                  )
HUMAN RESOURCES                        )
                                       )
     Defendants,

## **CONFLICT DISCLOSURE STATEMENT**

      COMES NOW Carolyn Byson, Alabama Department of Human Resources, by and through her undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X     This party is an individual, or

      This party is a governmental entity, or

      There are no entities to be reported, or

      The following entities and their relationship to the party are hereby reported:

Reportable Entity             Relationship to Party

_____   _____

_____   _____

_____   _____

/s/ Michael C. Joiner_____
Counsel

Caroyln Byson_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing CONFLICT

DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by

placing copies of the same addressed to them in the United States Mail and Alafile on the

11th day of December, 2007.

Judy H. Barganier, Esq.                 Timothy C. Halstrom, Esq.
7025 Halcyon Park Drive                 4162 Carmichael Court
Montgomery, AL  36117                   Montgomery, AL  36106

James B. Brannan, Esq.                  William A. Scott, Jr., Esq.
P. O. Box 307                           Scott, Sullivan, Streetman & Fox
Montgomery, AL  36101-0307              2450 Valleydale Road
                                        Birmingham, AL  35244


                                        /s/ Michael C. Joiner_____
                                        MICHAEL C. JOINER (JOI-003)
                                        Assistant Attorney General