IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | |
|---|---|
| ROGER N. SMITH, ET AL., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No: 2:07-CV-194-MEF |
| | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| HUMAN RESOURCES | ) |
| | ) |
|     Defendants, | |

## **CONFLICT DISCLOSURE STATEMENT**

      COMES NOW Page B. Walley, PH.D. Commissioner, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

     This party is a governmental entity, or

     There are no entities to be reported, or

     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

/s/ Michael C. Joiner_____
Counsel

Page B. Walley_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

Judy H. Barganier, Esq.  
7025 Halcyon Park Drive  
Montgomery, AL  36117  

James B. Brannan, Esq.  
P. O. Box 307  
Montgomery, AL  36101-0307  

Timothy C. Halstrom, Esq.  
4162 Carmichael Court  
Montgomery, AL  36106  

William A. Scott, Jr., Esq.  
Scott, Sullivan, Streetman & Fox  
2450 Valleydale Road  
Birmingham, AL  35244  

/s/ Michael C. Joiner  
MICHAEL C. JOINER (JOI-003)  
Assistant Attorney General