IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

ROGER N. SMITH, ET AL.,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )           Civil Action No: 2:07-CV-194-MEF
                                  )
                                  )
ALABAMA DEPARTMENT OF             )
HUMAN RESOURCES                   )
                                  )
        Defendants,

**CONFLICT DISCLOSURE STATEMENT**

        COMES NOW Tarilton Benton, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X        This party is an individual, or

         This party is a governmental entity, or

         There are no entities to be reported, or

         The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____      _____

_____      _____

_____      _____

/s/ Michael C. Joiner_____
Counsel

Tarilton Benton_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Electronic Filing on the 12th day of December, 2007.

Judy H. Barganier, Esq.
7025 Halcyon Park Drive
Montgomery, AL  36117

Timothy C. Halstrom, Esq.
4162 Carmichael Court
Montgomery, AL  36106

James B. Brannan, Esq.
P. O. Box 307
Montgomery, AL  36101-0307

William A. Scott, Jr., Esq.
Scott, Sullivan, Streetman & Fox
2450 Valleydale Road
Birmingham, AL  35244

/s/ Michael C. Joiner_____
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General