**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                             TELEPHONE (334) 954-3600

December 12, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Smith et al v. Department of Human Resources of the State of Alabama et al

**Case Number:** 2:07cv00194-MEF

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF documents previously attached to include an electronic signature on the certificate of service pages.**

**The corrected PDF documents are attached to this notice for your review. Reference is made to document # 24, # 25, # 26, # 27, # 28, and # 29   filed on    December 11, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | |
|---|---|
| ROGER N. SMITH, ET AL., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 2:07-CV-194-MEF |
| ) | |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES ) | |
| ) | |
|     Defendants, | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Alicia Sexton, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X     This party is an individual, or

      This party is a governmental entity, or

      There are no entities to be reported, or

      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

/s/ Michael C. Joiner_____
Counsel

Alicia Sexton_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

| | |
|---|---|
| Judy H. Barganier, Esq.<br>7025 Halcyon Park Drive<br>Montgomery, AL  36117 | Timothy C. Halstrom, Esq.<br>4162 Carmichael Court<br>Montgomery, AL  36106 |
| James B. Brannan, Esq.<br>P. O. Box 307<br>Montgomery, AL  36101-0307 | William A. Scott, Jr., Esq.<br>Scott, Sullivan, Streetman & Fox<br>2450 Valleydale Road<br>Birmingham, AL  35244 |

/s/ Michael C. Joiner_____
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | | |
|---|---|---|
| ROGER N. SMITH, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-CV-194-MEF |
| | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES | ) | |
| | ) | |
| Defendants, | | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Angela Sampson, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

      This party is a governmental entity, or

      There are no entities to be reported, or

      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

/s/ Michael C. Joiner_____
Counsel

Alicia Sexton_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

Judy H. Barganier, Esq.
7025 Halcyon Park Drive
Montgomery, AL  36117

James B. Brannan, Esq.
P. O. Box 307
Montgomery, AL  36101-0307

Timothy C. Halstrom, Esq.
4162 Carmichael Court
Montgomery, AL  36106

William A. Scott, Jr., Esq.
Scott, Sullivan, Streetman & Fox
2450 Valleydale Road
Birmingham, AL  35244

/s/ Michael C. Joiner
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | |
|---|---|
| ROGER N. SMITH, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 2:07-CV-194-MEF |
| ) | |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES ) | |
| ) | |
| Defendants, | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Benjamin Jones, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X     This party is an individual, or

       This party is a governmental entity, or

       There are no entities to be reported, or

       The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____     _____

_____     _____

_____     _____

/s/ Michael C. Joiner_____
Counsel

Benjamin Jones_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

Judy H. Barganier, Esq.
7025 Halcyon Park Drive
Montgomery, AL  36117

James B. Brannan, Esq.
P. O. Box 307
Montgomery, AL  36101-0307

Timothy C. Halstrom, Esq.
4162 Carmichael Court
Montgomery, AL  36106

William A. Scott, Jr., Esq.
Scott, Sullivan, Streetman & Fox
2450 Valleydale Road
Birmingham, AL  35244

/s/ Michael C. Joiner
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | |
|---|---|
| ROGER N. SMITH, ET AL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 2:07-CV-194-MEF |
| ) | |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES ) | |
| ) | |
| Defendants, | |

**<u>CONFLICT DISCLOSURE STATEMENT</u>**

COMES NOW Carolyn Byson, Alabama Department of Human Resources, by and through her undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

      This party is a governmental entity, or

      There are no entities to be reported, or

      The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                      <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

       /s/ Michael C. Joiner_____
       Counsel

       Caroyln Byson_____
       Counsel for (print names of all parties)

       50 N. Ripley St. Rm. 2122
       Montgomery, Alabama  36104
       (334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

| | |
|---|---|
| Judy H. Barganier, Esq.<br>7025 Halcyon Park Drive<br>Montgomery, AL  36117 | Timothy C. Halstrom, Esq.<br>4162 Carmichael Court<br>Montgomery, AL  36106 |
| James B. Brannan, Esq.<br>P. O. Box 307<br>Montgomery, AL  36101-0307 | William A. Scott, Jr., Esq.<br>Scott, Sullivan, Streetman & Fox<br>2450 Valleydale Road<br>Birmingham, AL  35244 |

/s/ Michael C. Joiner
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | | |
|---|---|---|
| ROGER N. SMITH, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-CV-194-MEF |
| | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES | ) | |
| | ) | |
| Defendants, | | |

## **CONFLICT DISCLOSURE STATEMENT**

      COMES NOW Jennifer Story, Alabama Department of Human Resources, by and through her undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

     This party is a governmental entity, or

     There are no entities to be reported, or

     The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

/s/ Michael C. Joiner_____
Counsel

Jennifer Story_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

Judy H. Barganier, Esq.  
7025 Halcyon Park Drive  
Montgomery, AL  36117

Timothy C. Halstrom, Esq.  
4162 Carmichael Court  
Montgomery, AL  36106

James B. Brannan, Esq.  
P. O. Box 307  
Montgomery, AL  36101-0307

William A. Scott, Jr., Esq.  
Scott, Sullivan, Streetman & Fox  
2450 Valleydale Road  
Birmingham, AL  35244

/s/ Michael C. Joiner_____  
MICHAEL C. JOINER (JOI-003)  
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

| | | |
|---|---|---|
| ROGER N. SMITH, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 2:07-CV-194-MEF |
| | ) | |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES | ) | |
| | ) | |
| Defendants, | | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Page B. Walley, PH.D. Commissioner, Alabama Department of Human Resources, by and through his undersigned counsel, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

      This party is a governmental entity, or

      There are no entities to be reported, or

      The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

/s/ Michael C. Joiner_____
Counsel

Page B. Walley_____
Counsel for (print names of all parties)

50 N. Ripley St. Rm. 2122
Montgomery, Alabama  36104
(334) 242-9330

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing CONFLICT DISCLOSURE STATEMENT upon all attorneys and/or parties of record in this case, by placing copies of the same addressed to them in the United States Mail and Alafile on the 11th day of December, 2007.

| | |
|---|---|
| Judy H. Barganier, Esq.<br>7025 Halcyon Park Drive<br>Montgomery, AL  36117 | Timothy C. Halstrom, Esq.<br>4162 Carmichael Court<br>Montgomery, AL  36106 |
| James B. Brannan, Esq.<br>P. O. Box 307<br>Montgomery, AL  36101-0307 | William A. Scott, Jr., Esq.<br>Scott, Sullivan, Streetman & Fox<br>2450 Valleydale Road<br>Birmingham, AL  35244 |

/s/ Michael C. Joiner
MICHAEL C. JOINER (JOI-003)
Assistant Attorney General