**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROGER N. SMITH ET AL.** | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO. 2:07-CV-194-MEF** |
| | * | |
| **ALABAMA DEPARTMENT OF** | * | |
| **HUMAN RESOURCES ET AL.** | * | |
| **Defendants.** | * | |

**JOINT MOTION TO CONTINUE**

Come now the parties hereto through their respective counsel and move the Court to continue the trial of this case presently set for the trial term commencing on July 7, 2008 and for cause state to the Court as follows:

1.    Counsel for the parties met for a discovery conference on January 16, 2008 at which time it was determined by all the parties that they had seriously underestimated the time necessary to complete discovery in this case. This case involves fourteen (14) named parties. In addition, three (3) expert witnesses have been identified with the probability of several more to be named shortly. Furthermore, the parties have identified over thirty (30) fact witnesses in addition to the named parties. Evidence identified through the discovery process to date includes over 2300 pages of documents and several audio/visual tapes.

2.    Considering the amount of discovery which remains to be conducted, the parties have determined that it will be highly unlikely they will be able to meet the time requirements of the Court's Uniform Scheduling Order entered on May 23, 2007.

3.    The parties have further determined that a continuance of a least three (3) months would be sufficient time within which to complete the discovery process and to prepare this case for trial.

Wherefore the above matters considered, the parties pray this Court grant their motion and continue the trial of this case to a trial term commencing after October 7, 2008 and further pray the Court enter a new scheduling order setting new dates in conformance therewith.

Respectfully submitted this day, January 17, 2008.

/s/Timothy c. Halstrom
Timothy C. Halstrom HAL031
Attorney for Plaintiffs
4170 Lomac Street
Montgomery, AL 36106
Telephone No.: (334) 272-9524
Facsimile No.: (334) 244-7474
**E-mail: halstromtim@aol.com**


/s/ Michael C. Joiner
Michael C. Joiner JOI003
Ass't Attorney General
Alabama DHR
P.O. Box 304000
Montgomery, AL 36130-4000
Telephone No.: (3334)242-9330
Fax No.: (334)242-0689
Email: michael.joiner@dhr.alabama.gov


/s/William A. Scott, Jr.
William A. Scott, Jr.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244
Telephone No.: (205)967-9675
Fax No.: (205)967-7563
Email: scott@sssandf.com