**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 24, 2008

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Smith et al v. Department of Human Resources of the State of Alabama et al

Case Number:   2:07-cv-00194-MEF

Referenced Pleading:   Motion for Leave to File In Excess of Twenty-Five Interrogatories

Docket Entry Number:   35

**The referenced pleading was filed on \*\*\*January 23, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 35 was an erroneous duplicate docket entry.  Parties are instructed to disregard # 35 docketing entry and refer to docket entry # 33 for correct entry by the e-filer.**