IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv194-MEF |
| | ) |
| DEPARTMENT OF HUMAN | ) |
| RESOURCES OF THE STATE | ) |
| OF ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Defendants Motion for Leave to File in Excess of Twenty-Five (25) Interrogatories (Doc. #33), and for good cause, it is

ORDERED that Plaintiffs shall file a response to the motion (Doc. #33) on or before February 7, 2008.

DONE this 24th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE