IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 2:07-cv-194-MEF |
| | ) |
| DEPARTMENT OF HUMAN | ) |
| RESOURCES OF THE STATE OF | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Continue (Doc. #34) filed on January 23, 2008, it is hereby

ORDERED that the motion is GRANTED. The court will enter an amended scheduling order.

DONE this the 25th day of January, 2008.

                                             /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE