# IN THE UNITED STATES FEDERAL DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
## CIVIL DIVISION

| | |
|---|---|
| **ROGER N. SMITH, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | Civil Action |
| vs. } | Case No: 2:07-cv-00194-MEF-WC |
| } | |
| **ALABAMA DEPARTMENT OF** } | |
| **HUMAN RESOURCES, PAGE B.** } | |
| **WALLEY, TARILTON BENTON,** } | |
| **BENJAMIN JONES, ALICIA** } | |
| **SEXTON, CAROLYN BRYSON,** } | |
| **ANGELA SAMPSON, JENNIFER** } | |
| **STORY, CHILD PROTECT, INC.,** } | |
| **AGNES MCKEEN, JANA CONLEE,** } | |
| **SALLY WILLIAMSON, AND** } | |
| **FICTITIOUS DEFENDANTS A, B, C,** } | |
| **D, E, AND F,** } | |
| } | |
| **Defendants.** } | |

## JOINT MOTION FOR PROTECTIVE ORDER

COME NOW Defendant Alabama Department of Human Resources, its current and previous employees who have been named as defendants (hereinafter collectively referred to as the Department); Defendant Child Protect, Inc. and its employees Agnes McKeen and Jana Conlee; who are also named Defendants (hereinafter collectively referred to as Child Protect); and Defendant Sally Williamson, by and through their respective counsel, and respectfully move this Honorable Court for a Protective Order to protect the confidentiality of documents needed to be shared among the parties. In support of this motion the parties submit the following:

1. The Department has in its possession various investigatory and service records pertaining to matters relevant to this case. At the present time, the Department

has identified approximately 2300 pages of documents that are considered confidential under various state and federal statutes, most notably Alabama Code 1975, §§26-14-8 and 38-20-6.

2. Child Protect also has in its possession various documents that are deemed confidential and privileged under Alabama law.

3. Similarly, Defendant Sally Williamson has in her possession various documents and records that are deemed confidential and privileged under Alabama law.

4. The Plaintiffs in this matter also possess various documents that are deemed confidential and privileged under Alabama law.

5. On January 6, 2008, at a meeting of counsel for the parties, counsel agreed that rather than engage in protracted litigation over which documents were releasable and which documents were not, copies of requested documents would be made available subject to a Protective Order entered by the Court.

WHEREFORE THE ABOVE PREMISES CONSIDERED the Parties to this proceeding jointly requests this Honorable Court to enter a Protective Order that includes the following:

A. Directs all parties to maintain the confidentiality of the Department's records.

B. Directs all parties to disclose the Department's records only to

1. The Court

2. Counsel for a Party

3. A person with prior legal access to said records

4. Court officials involved in the litigation, including court reporters

Persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing to testify or actually giving testimony. Persons so noticed or designated are hereby expressly directed by this Court's order to disclose such confidential information when called upon to do so in the course of this litigation;

5. Outside consultants or experts retained for the purpose of assisting counsel in the litigation or anticipation of such, provided said persons are directed to keep confidential those matters protected by this order

C. Provides that any record of the Department admitted into evidence or otherwise made part of the record in this case shall be placed under seal and shall not be made part of the public record of this case.

D. Provides that party requesting said documents from the Department pay the Department for the cost of production.

RESPECTFULLY SUBMITTED this 25th day of January 2008.

//s// Michael C. Joiner
Michael C. Joiner (JOI 003)
Assistant Attorney General
Alabama Department of Human Resources
P. O. Box 304000
Montgomery, AL  36130-4000
Tele: (334) 242-9330
Fax: (334) 242-0689
E-mail: michael.joiner@dhr.alabama.gov


//s// William A. Scott, Jr.
William A. Scott, Jr.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road

        Birmingham, AL 35244
        Tele: (205) 967-9675
        Fax: (205) 967-7563
        E-mail: scott@sssandf.com


        //s// Timothy C. Halstrom
        Timothy C. Halstrom (HAL 031)
        4170 Lomac Street
        Montgomery, AL  36106
        Tele: (334) 272-9524
        Fax: (334) 244-7474
        E-mail: halstromtim@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing **JOINT MOTION FOR PROTECTIVE ORDER** upon the following by electronic filing and by placing a copy of the same, addressed to them as indicated below, in U.S. Mail, first class postage prepaid, on this the 28th day of January 2008.

| | |
|---|---|
| Judy H. Barganier, Esq.<br>7025 Halcyon Park Drive<br>Montgomery, AL 36117 | Timothy C. Halstrom, Esq.<br>4170 Lomac Street<br>Montgomery, AL 36106 |
| James B. Brannan, Esq.<br>P. O. Box 307<br>Montgomery, AL 36101-0307 | William A. Scott, Jr., Esq.<br>Scott, Sullivan, Streetman & Fox<br>2450 Valleydale Road<br>Birmingham, AL 35244 |

                                            */S/ Michael C. Joiner*
                                            MICHAEL C. JOINER JOI003
                                            Assistant Attorney General
                                            Ala. Dept. of Human Resources
                                            P. O. Box 304000
                                            Montgomery, AL 36130-4000
                                            Ph: (334) 242-9330
                                            Fax: (334) 242-0689

                                            ATTORNEY FOR DHR
                                            DEFENDANTS