IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALABAMA DEPARTMENT OF )<br>HUMAN RESOURCES, *et al.*, )<br>)<br>Defendants. ) | Case No: 2:07-cv-00194-MEF |

**ORDER ON MOTION AND PROTECTIVE ORDER**

On January 18, 2008, Defendants filed a joint Motion for Protective Order (Doc. #40). On February 1, 2008, the City of Montgomery, a non-party, filed a motion (Doc. #41) for permission to join the parties' Motion for a Protective Order. Upon consideration of the motions, and for good cause, it is

ORDERED that the motions (Doc. #40, #41) are GRANTED. It is further

ORDERED as follows:

The Protective Order includes the following. It:

A.  Directs all parties to maintain the confidentiality of the Department's records.
B.  Directs all parties to disclose the Department's records only to
    1. The Court
    2. Counsel for a Party
    3. A person with prior legal access to said records
    4. Court officials involved in the litigation, including court reporters

    Persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing to testify or actually giving

testimony. Persons so noticed or designated are hereby expressly directed by this Court's order to disclose such confidential information when called upon to do so in the course of this litigation;

5. Outside consultants or experts retained for the purpose of assisting counsel in the litigation or anticipation of such, provided said persons are directed to keep confidential those matters protected by this order

A. Provides that any record of the Department admitted into evidence or otherwise made part of the record in this case shall be placed under seal and shall not be made part of the public record of this case.

B. Provides that party requesting said documents from the Department pay the Department for the cost of production.

Done this 4th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE