IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No: 2:07-cv-00194-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO SHOW CAUSE**

On February 5, 2008, the State of Alabama, through its District Attorney for the Fifteenth Judicial Circuit , filed a Motion to quash subpoena for production of documents ( Doc # 43).  Defendant is ORDERED to show cause on or before, February 11, 2008 why the motion should not be granted.

Done, this 5th day of February 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE