IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv194-MEF |
| ) | |
| DEPARTMENT OF HUMAN ) | |
| RESOURCES OF THE STATE ) | |
| OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

On January 23, 2008, Defendants filed a Motion for Leave to File in Excess of Twenty-Five Interrogatories (Doc. #33). On February 7, 2008, Plaintiffs filed a response, objecting to Defendants' request mainly on the grounds that the additional interrogatories were designed not to seek new information, but rather, to narrow the scope and focus of Defendants previously propounded interrogatories.

The overall purpose of discovery under the Federal Rules of Civil Procedure is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts, and therefore, embody a fair and just result. See United States v. Proctor & Gamble Co., 356 U.S. 677, 682 (1958). Plaintiffs have failed in their response to show specifically how granting the request for additional interrogatories would be unreasonable or overly oppressive. According it is

ORDERED the motion (Doc. #33) is GRANTED. Defendants may propound the additional 12 interrogatories attached to their motion for leave and may make reasonable follow-up interrogatories if deemed necessary at a later time **subject to the undersigned's review.**

DONE this 8th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE