### IN THE UNITED STATES FEDERAL DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
### CIVIL DIVISION

| | |
|---|---|
| **ROGER N. SMITH, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | Civil Action |
| vs. } | Case No: 2:07-cv-00194-MEF-WC |
| } | |
| **ALABAMA DEPARTMENT OF** } | |
| **HUMAN RESOURCES, PAGE B.** } | |
| **WALLEY, TARILTON BENTON,** } | |
| **BENJAMIN JONES, ALICIA** } | |
| **SEXTON, CAROLYN BRYSON,** } | |
| **ANGELA SAMPSON, JENNIFER** } | |
| **STORY, CHILD PROTECT, INC.,** } | |
| **AGNES MCKEEN, JANA CONLEE,** } | |
| **SALLY WILLIAMSON, AND** } | |
| **FICTITIOUS DEFENDANTS A, B, C,** } | |
| **D, E, AND F,** } | |
| } | |
| **Defendants.** } | |

### ALABAMA DEPARTMENT OF HUMAN RESOURCES RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Alabama Department of Human Resources (hereinafter the Department) as well as Defendants Dr. Page Walley, Tarilton Benton, Benjamin Jones, Alicia Sexton, Carolyn Bryson, Angela Sampson, and Jennifer Story (hereinafter collectively referred to as the DHR Defendants), by and through their undersigned counsel, and responds to this Honorable Court's order to show cause dated February 5, 2008 as follows:

1. The allegations set forth in the Complaint in the above-styled cause stem, at least in part, from criminal charges filed by the Montgomery County District

Attorney's Office against the Plaintiff, Roger Smith in 2005. These charges involved allegations of sexual abuse by Roger Smith with two of his daughters.

2. Upon information and belief, the charges against Roger Smith were subsequently "*nol prossed*" by the District Attorney's Office on August 23, 2006.

3. Additionally, allegations set forth in the Complaint in the above-styled cause stem, again at least in part, from criminal charges filed by the Montgomery County District Attorney's Office against D'arcy Smith and Sean Smith, two sons of Roger Smith. These charges involved allegations of sexual abuse by D'arcy and Sean Smith and one of their female siblings. These allegations arose in either 1994 or 1995.

4. Upon information and belief, both D'arcy and Sean Smith pleaded guilty to the charges against them; however, after a due and diligent search, undersigned counsel has been unable to locate any public record of the charges and disposition.

5. Although counsel for the District Attorney's Office has claimed that the requested information is privileged, he has not cited any specific statute for such claim.

6. While the District Attorney's Office may not be the custodian of the original records, any records in the possession of the District Attorney's Office which are relevant to the request may lead to the custodian of such records.

7. Further, upon information and belief, the District Attorney's Office may have in its possession documents or correspondence which may not be in the possession of the City of Montgomery Police Department.

8. The subpoena issued to the District Attorney's Office by the Department and the DHR Defendants was in furtherance of the discovery necessary to obtain all relevant information so that the ultimate resolution of the disputed issues in the above-

styled action can be based on a full and accurate understanding of the true facts, and therefore embody a fair and just result.

9. On February 1, 2008, the City of Montgomery filed a motion to join in a joint motion filed by the parties in the above-styled action for a protective order.

10. On February 4, 2008, this Honorable Court entered an order granting the parties Joint Motion For A Protective Order. The Court's order extended to the City of Montgomery.

11. It would be entirely reasonable for the Court to further extend its order of February 4, 2008 to include any records cited in the Department's and the DHR Defendant's subpoena, notwithstanding the District Attorney has not requested such relief.

12. In the alternative, the Court could order the production of the subpoenaed documents for an in camera inspection, and then release to the parties those documents deemed material and relevant to the issues before the Court as set out in the Plaintiffs' Complaint. See *Pennsylvania v. Ritchie*, 480 U.S. 39 (1987); see also, *Ex parte Department of Human Resources (In re: Patricia Harris v. Liberty National Life Insurance Company)*, 719 So.2d 194 (Ala., 1998).

WHEREFORE THE ABOVE PREMISES CONSIDERED the Department and the DHR Defendant's respectfully request that this Honorable Court deny the District Attorney's Office's motion to quash, and extend the protective order of February 4, 2008 to the requested records. In the alternative, the Court should order the production of the requested records for an *in camera* inspection, and release to the parties and documents determined to be relevant and material to the matters before the Court as set out in the

Complaint. The Department and the DHR Defendants further request that the Court grant such other, further, or different relief as the Court deems appropriate or necessary to meet the ends of justice.

RESPECTFULLY SUBMITTED this 11th day of February 2008.

**TROY KING**
**ATTORNEY GENERAL**
**STATE OF ALABAMA**

SHARON E. FICQUETTE
ASSISTANT ATTORNEY GENERAL
CHIEF LEGAL COUNSEL
ALABAMA DEPARTMENT OF HUMAN RESOURCES

//s// Michael C. Joiner
Michael C. Joiner (JOI 003)
Assistant Attorney General
Alabama Department of Human Resources
P. O. Box 304000
Montgomery, AL  36130-4000
Tele: (334) 242-9330
Fax: (334) 242-0689
E-mail: michael.joiner@dhr.alabama.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing **ALABAMA DEPARTMENT OF HUMAN RESOURCES RESPONSE TO SHOW CAUSE ORDER** upon the following by electronic filing and by placing a copy of the same, addressed to them as indicated below, in U.S. Mail, first class postage prepaid, on this the 11th day of February 2008.

Judy H. Barganier, Esq.  
7025 Halcyon Park Drive  
Montgomery, AL 36117

James B. Brannan, Esq.  
P. O. Box 307  
Montgomery, AL 36101-0307

Timothy C. Halstrom, Esq.  
4170 Lomac Street  
Montgomery, AL 36106

William A. Scott, Jr., Esq.  
Scott, Sullivan, Streetman & Fox  
2450 Valleydale Road  
Birmingham, AL 35244

      */S/ Michael C. Joiner*  
      MICHAEL C. JOINER JOI003  
      Assistant Attorney General  
      Ala. Dept. of Human Resources  
      P. O. Box 304000  
      Montgomery, AL 36130-4000  
      Ph: (334) 242-9330  
      Fax: (334) 242-0689

      ATTORNEY FOR DHR DEFENDANTS