## IN THE CIRCUIT COURT OF BLOUNT COUNTY, ALABAMA

| | |
|---|---|
| MATTHEW DALE JOHNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. CV 2007-292 |
| | ) |
| THE BLOUNT BANNER, INC., et al, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Comes now William A. Scott, Jr., of the law firm of Scott, Sullivan, Streetman, and

Fox, P.C., and enters his appearance as additional counsel of record for Defendants Blount

County Children's Center and Gerald F. Renno.


_____*/s/ William A. Scott, Jr.*_____
William A. Scott, Jr., ASB-1539-O73W
Attorney for Blount County Children's Center
And Gerald F. Renno


**OF COUNSEL:**

SCOTT, SULLIVAN STREETMAN & FOX, P.C.
2450 Valleydale Rd.
Birmingham, Alabama  35244
205-967-9675
205-967-7563 (fax)
wscott@sssandf.com_____

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of  February , 2008, served a copy of the foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

J. Stanton Glasscox, Esq.
1905 14th Avenue South
Birmingham, AL 35205

Dennis R. Bailey, Esq.
Bethany L. Bolger
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce Street
Montgomery, AL 36101

Mac B. Greaves, Esq.
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

*/s/ William A. Scott, Jr.*
Of Counsel

2