IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH AND, | ) |
| SHERRY SMITH | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 02:07-CV-194-MEF |
| | ) |
| DEPARTMENT OF HUMAN | ) |
| RESOURCES OF THE STATE OF | ) |
| ALABAMA, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Comes now Mickey Jansen Voss, of the law firm of Scott, Sullivan, Streetman, and Fox, P.C., and enters his appearance as additional counsel of record for Defendants Child Protect, Inc., Jana Conlee, Agnes McKeen and Sally Williamson.

                                             */s/ Mickey Jansen Voss*
                                             Mickey Jansen Voss, ASB-6815-E68V
                                             Attorney for Defendants Child Protect, Inc.,
                                             Jana Conlee, Agnes McKeen
                                             and Sally Williamson

**OF COUNSEL:**

SCOTT, SULLIVAN STREETMAN & FOX, P.C.
2450 Valleydale Rd.
Birmingham, Alabama  35244
205-967-9675
205-967-7563 (fax)
voss@sssandf.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 11th day of February, 2008, served a copy of the foregoing upon all counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

| | | |
|---|---|---|
| Timothy C. Halstrom | Judy H. Barganier | J. Barnard Brannan, Jr. |
| 4170 Lomac St. | Law Offices of Judy | The Brannan Law Firm PC |
| Montgomery, AL 36101 | Barganier, PC | 602 S. Hull St. |
| | 7025 Halcyon Park Dr. | Montgomery, AL 36104 |
| | Montgomery, AL 36117 | |

Michael C. Joiner
Ala. Dept. Of Human
Resources
P.O. Box 304000
Montgomery, AL 36130-4000

                                            */s/ Mickey Jansen Voss*
                                            Of Counsel