**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 12, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Smith et al v. Department of Human Resources of the State of Alabama et al

Case Number:    2:07-cv-00194-MEF

Referenced Pleading:    Notice of Appearance

Docket Entry Number:    48

**The referenced pleading was filed on \*\*\*February 11, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #48 docketing entry and refer to docket entry # 49 for correct entry.**