IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROGER N. SMITH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 2:07-cv-00194-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On February 5, 2008, the State of Alabama, through its District Attorney for the Fifteenth Judicial Circuit, filed a Motion to quash subpoena for production of documents (Doc #43), claiming the office did not possess the subpoenaed records and any records in the office's possession were confidential. The District Attorney's motion sets forth its claim of confidentiality generally without citation to case law or statute. Defendants filed a response to that motion on February 11, 2008, arguing that the District Attorney's office may possess documents or correspondence which the City of Montgomery Police Department may not. Defendants also claim any confidential documents within the possession of the District Attorney's office could be produced under the Protective Order issued in this case. Upon consideration of the motion and Defendants' response, it is

ORDERED that the Motion to Quash (Doc. #43) is DENIED to the extent the District Attorney's office possesses any of the subpoenaed records or correspondence.

The documents within that office's possession shall be turned over to Defendants **according to the terms of the Protective Order** (Doc. #42) issued in this case.

Done this 12th day of February 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE