### IN THE UNITED STATES FEDERAL DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH, et al.,** }<br>}<br>    **Plaintiffs,** }<br>}<br>vs. }<br>}<br>**ALABAMA DEPARTMENT OF** }<br>**HUMAN RESOURCES, et al.** }<br>} | Civil Action<br>Case No:  2:07-CV-00194-MEF |

## NOTICE OF APPEARANCE

**COMES NOW** James E. Long, Deputy Attorney General, Alabama Department of Human Resources, and submits this Notice of Appearance in the above-styled cause as counsel for Defendants Alabama Department of Human Resources, Page Walley, Tarilton Benton, Benjamin Jones, Alicia Sexton, Angela Sampson, Carolyn Bryson, and Jennifer Story,.  Copies of all notices, motions, pleadings, etc., should be sent to undersigned counsel at the address indicated below.

RESPECTFULLY SUBMITTED this 12th day of March, 2008.

TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
CHIEF LEGAL COUNSEL
ALABAMA DEPT. OF HUMAN RESOURCES


/s/ James E. Long
JAMES E. LONG (LON 016)
DEPUTY ATTORNEY GENERAL
ALABAMA DEPT. OF HUMAN RESOURCES
STATE LEGAL OFFICE
P.O. BOX 304000
MONTGOMERY, ALABAMA 36130-4000
TEL:  (334) 242-9330

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above **NOTICE OF APPEARANCE** upon all attorneys of record and/or parties in this case, by placing copies of the same addressed to them in the U. S. Mail, first-class postage pre-paid, on this the 12th day of March, 2008.

| | |
|---|---|
| Judy H. Barganier, Esq. | Timothy C. Halstrom, Esq. |
| 7025 Halcyon Park Drive | 4170 Lomac Street |
| Montgomery, AL  36117 | Montgomery, AL  36106 |
| | |
| James B. Brannan, Esq. | William A. Scott, Jr., Esq. |
| P. O. Box 307 | Jansen Voss, Esq**.** |
| Montgomery, AL  36101-0307 | Scott, Sullivan, Streetman & Fox |
| Montgomery, AL  36101-0307 | 2450 Valleydale Road |
| | Birmingham, AL  35244 |

/s/ James E. Long
JAMES E. LONG (LON 016)
DEPUTY ATTORNEY GENERAL


STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES
LEGAL OFFICE
50 RIPLEY STREET, ROOM 2122
P.O. BOX 304000
MONTGOMERY, ALABAMA  36130-4000
PHONE:  (334) 242-9330
FAX:  (334) 242-0689