IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROGER N. SMITH, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 2:07-cv-00194-MEF |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER TO SHOW CAUSE**

On 13 March 2008, Plaintiffs filed a Motion to Compel Discovery (Doc. #53). Accordingly, it is

ORDERED Defendant shall show cause **on or before 21 March 2008** why the motion should not be granted.

Done, this 14th day of March 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE