IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, et al., } | |
| } | |
| Plaintiffs, } | |
| } | Civil Action |
| vs. } | Case No: 2:07-CV-00194-MEF |
| } | |
| ALABAMA DEPARTMENT OF } | |
| HUMAN RESOURCES, et al. } | |
| } | |

**RESPONSE TO MOTION TO COMPEL DISCOVERY BY
DEFENDANTS DHR, WALLEY, BENTON, BRYSON, JONES, SEXTON,
SAMPSON AND STORY**

**COMES NOW** Defendants Alabama Department of Human Resources, Page Walley, Tarilton Benton, Carolyn Bryson, Benjamin Jones, Alicia Sexton, Angela Sampson, and Jennifer Story, (hereafter referred to as "DHR Defendants") in response to the Order to Show Cause (Doc. # 54) in the Motion to Compel Discovery (Doc # 53) filed by Plaintiffs responds as follows:

1. Assistant Attorney General Michael Joiner, lead counsel for DHR Defendants, was placed on leave last week and entered a treatment program for a long-term illness this week. Mr. Joiner has revealed that although his serious illness has been diagnosed for sometime, it was only disclosed to DHR Legal Office management in the last two weeks as treatment became mandatory. Mr. Joiner is a retired military JAG officer and has been a DHR Legal Office attorney for 13 years. His illness made meeting the demands of this case and completing discovery difficult for him for the past several months, unbeknown to DHR Legal Office management.

2.	This case was assigned to undersigned counsel, Deputy Attorney General James Long, last week. I was at that time advised for the first time that the depositions of DHR Defendants were set for this week. I contacted my clients and determined that due to Mr. Joiner's inability to give them his full attention it would not in their best interest to proceed with the depositions. Time is needed for me to review the hundreds of documents in the case and meet with my clients. Much time has had to be spent gathering documents and compiling the litigation and discovery files this week. Unfortunately Mr. Joiner's illness and treatment has made it difficult for him to communicate with me about the case. I will have to get much of that information from my clients.

3.	A response to Plaintiff's First Production of Documents requests will be sent this week. I will work to have Interrogatory Responses soon but meetings will be required with my clients. Rule 26 Initial Disclosures will be filed later as I become more familiar with the case and with the information known to my clients. My clients have advised me that they are available for depositions the week of April 21, 2008. At this time, I do not anticipate being ready for any DHR Defendant depositions before April 21, 2008. DHR Defendants intend to have completed all outstanding discovery requests by the end of the week of April 21, 2008. Counsel for Plaintiff has sent DHR Defendants a letter dated March 20, 2008 regarding the scheduling of depositions for the week of April 21, 2008. See copy of March 20, 2008 letter attached as Exhibit A.

4.	Motions to compel discovery under Rule 37(a) of the Federal Rules of Civil Procedure are committed to the sound discretion of the trial court. See

Commercial Union Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984). A district court is allowed a "range of choice" in deciding whether to grant or deny a motion to compel discovery. Holloman v. Mail-Well Corporation, 443 F.3d 832, 837 (11th Cir. 2006). Inability may excuse compliance with discovery. See Genally, 7 Moore's Federal Practice § 37.50 [1][c] (Mathew Bender 3d ed.). The rule permits the district court to determine that "circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(4)(A)(B) Expenses may be avoided upon a showing "that special circumstances make an award of expenses unjust." 1970 Advisory Committee Notes to Rule 37(b). Expenses may be also avoided for "extenuating circumstances." Creative Resources Group of New Jersey Inc. v. Creative Resources Group Inc., 212 F. R. D. 94, 103 (E.D.N.Y. 2002).

5.    DHR Defendants aver that the inability of Legal Counsel Michael Joiner to meet the demands of the case due to his sickness and immediate treatment necessitating the transfer of the case constitutes special and extenuating circumstances that make the granting of the motion and award of fees and expenses unjust. DHR Defendants have established a reasonable plan to completed outstanding discovery by the end of the week of April 21, 2008. The discovery completion deadline set by this Court is not until November 20, 2008. This Court should deny the motion to compel discovery.

RESPECTFULLY SUBMITTED this 21th day of March, 2008.

TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
CHIEF LEGAL COUNSEL

/s/ James E. Long
JAMES E. LONG (LON 016)
DEPUTY ATTORNEY GENERAL
ALABAMA DEPT. OF HUMAN RESOURCES
STATE LEGAL OFFICE
P.O. BOX 304000
MONTGOMERY, ALABAMA 36130-4000
TEL: (334) 242-9330

**ATTORNEYS FOR DHR DEFENDANTS**

_____
JAMES E. LONG

Sworn to and subscribed before me, the undersigned Notary Public, this the 21st day of March, 2008.

_____
Notary Public

My commission expires September 8, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above **RESPONSE TO MOTION TO COMPEL DISCOVERY BY DEFENDANTS WALLEY, BENTON, BRYSON, JONES, SEXTON, SAMPSON, AND STORY** upon all attorneys of record and/or parties in this case, by placing copies of the same addressed to them in the U. S. Mail, first-class postage pre-paid, on this the 21th day of March, 2008.

Judy H. Barganier, Esq.
7025 Halcyon Park Drive
Montgomery, AL  36117

James B. Brannan, Esq.
P. O. Box 307
Montgomery, AL  36101-0307
Montgomery, AL  36101-0307

Timothy C. Halstrom, Esq.
4170 Lomac Street
Montgomery, AL  36106

William A. Scott, Jr., Esq.
Jansen Voss, Esq.
Scott, Sullivan, Streetman & Fox
2450 Valleydale Road
Birmingham, AL  35244

/s/ James E. Long
JAMES E. LONG (LON 016)
DEPUTY ATTORNEY GENERAL

STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES
LEGAL OFFICE
50 RIPLEY STREET, ROOM 2122
P.O. BOX 304000
MONTGOMERY, ALABAMA  36130-4000
PHONE:  (334) 242-9330
FAX:  (334) 242-0689

**ATTORNEY FOR DHR DEFENDANTS**

# TIMOTHY C. HALSTROM
### ATTORNEY AT LAW
4170 LOMAC STREET
MONTGOMERY, ALABAMA 36106

Phone (334)272-6464
(334)272-9524

Fax (334)244-7474
E-mail: halstromtim@aol.com

March 20, 2008

William A. Scott, Jr., Esq.
scott@sssandf.com

Mr. Jansen Voss
voss@sssandf.com

Mr. James Long
james.long@dhr.alabama.gov

Ms. Sharon Ficquette
sharon.ficquette@dhr.alabama.gov

Mr. Bernard Brannan
jbb@brannanlaw.com

Ms. Judy Barganier
judy@judybarganier.com

RE:   *Smith v. DHR et al. Depositions*

Counsel:

    I am in receipt of correspondence from James Long stating DHR defendants will not be available for depositions prior to April 21st. While depositions remain scheduled for April 21, 22, 23, 24, and 25, 2008, I estimate we will need an <u>additional</u> 7-10 days to complete known depositions (including all parties and all known experts). The most efficient way to coordinate these additional dates is to arrange a telephone conference, however, the previous attempt was not well attended. In the alternative, I suggest James, Jansen & Buddy coordinate the matter between yourselves and offer several dates in May and June from which Plaintiffs' counsel can select. I will then notice the dates and we can proceed through all Defendant deponents followed by the Plaintiffs. I suggest we reserve specific dates for experts as far in advance as practical. Your attention to this request at your earliest opportunity will be appreciated.

    With best personal regards I remain,

Very truly yours,

S/ Timothy C. Halstrom
Timothy C. Halstrom

TCH/ht

EXHIBIT A