IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No: 2:07-cv-00194-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 13 March 2008, Plaintiffs filed a Motion to Compel Discovery (Doc. #53). On 21 March 2008, Defendant filed a response to the motion to compel (Doc.#55) which provided persuasive explanations as to why the requested discovery has not been produced in a timely manner, along with a plan to complete the outstanding discovery by the week of April 21, 2008. The Court finds that Defendants' plan to remedy the situation is reasonable and that the need for an order to compel is moot. Accordingly, it is

ORDERED that the Motion to Compel Discovery (Doc. #53) is DENIED at moot.

Done, this 21th day of March 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE