IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, et al. )<br>     Plaintiffs,                    )<br>                                         ) | Case No: 2:07-CV-194-MEF |
| VS.                                   )<br>                                         )<br>DEPARTMENT OF HUMAN   )<br>RESOURCES of the STATE of  )<br>ALABAMA, et al.,              )<br>     Defendants.                 ) | |

## MOTION TO RECONSIDER

COME NOW Plaintiffs and move the court to reconsider its Order denying as moot Plaintiffs' Motion to Compel and in support thereof states to the Court that the DHR Defendants' plan to remedy is totally unsatisfactory to Plaintiffs. Plaintiffs believe the Court entered its ruling without having benefit of Plaintiffs' reply. Upon considering said reply, Plaintiffs pray the court rescind its Order and enter an Order granting the relief requested therein

Respectfully submitted this day, March 21, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Attorney for Plaintiffs
Bar Number HAL021

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:


                                      /s/Timothy C. Halstrom
                                      Timothy C. Halstrom
                                      Bar Number HAL021