## US DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROGER N. SMITH AND** | ) | |
| **SHERRY SMITH** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No: 2:07-CV-194-MEF** |
| **VS.** | ) | |
| | ) | |
| **DEPARTMENT OF HUMAN** | ) | |
| **RESOURCES of the STATE of** | ) | |
| **ALABAMA, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS RESPONSE TO ORDER TO SHOW CAUSE

**COME NOW** Defendants, Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson and in response to this Court's Order to Show Cause why Plaintiffs' Motion to Compel should not be granted, and states as follows:

1.  Plaintiffs' Motion of March 13, 2008 Compelling Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson to produce certain documents is MOOT and is due to be DENIED as to Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson.

2.  In fact, Plaintiffs' counsel, Tim Halstrom, indicated that his Motion to Compel is due to be dismissed as having been fully complied with as to Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson.

3.  Plaintiffs requested the employee files of Jannah Bailey, Agnes McKeen, Jana Conlee and Sally Williamson. Plaintiffs also requested Supplemental Responses to Plaintiff's

First Interrogatories and First Request for Production of Documents. Lastly, Plaintiffs

seek Rule 26 Initial Disclosures from Child Protect, Jana Conlee, Agnes McKeen and

Sally Williamson.

4.      Defendant Child Protect has produced the employee files of Jannah Bailey, Agnes

McKeen and Jana Conlee. Defendant Sally Williamson does not maintain an

employee file of any sort as she is a sole proprietor.

5.      Defendants Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson have

served Supplemental Responses to Plaintiff's First Interrogatories and First Request

for Production of Documents.

6.      Lastly, Defendants Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson

have served their Rule 26 Initial Disclosures.

7.      As such, Plaintiffs' Motion to Compel Jannah Bailey, Jana Conlee, Agnes McKeen

and Sally Williamson's employee files; Child Protect, Jana Conlee, Agnes McKeen

and Sally Williamson's supplemental responses to discovery requests and their Rule

26 Disclosures is MOOT and is due to be DENIED.

**WHEREFORE PREMISES CONSIDERED**, Defendants Child Protect, Jana

Conlee, Agnes McKeen and Sally Williamson respectfully request that this Court deem

Plaintiffs' Motion to Compel MOOT and DENY said Motion as to Defendants Child Protect,

Jana Conlee, Agnes McKeen and Sally Williams.

Respectfully Submitted,

This the 21st day of March, 2008.

/s/ **William A. Scott, Jr.**
William A. Scott, Jr. (ASB-1539-O73W)
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd.
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 21st day of March , 2008, served a copy of the foregoing upon counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid, to:

| | | |
|---|---|---|
| Timothy C. Halstrom<br>4170 Lomac St.<br>Montgomery, AL 36101 | Judy H. Barganier<br>Law Offices of Judy<br>Barganier, PC<br>7025 Halcyon Park Dr.<br>Montgomery, AL 36117 | J. Barnard Brannan, Jr.<br>The Brannan Law Firm PC<br>602 S. Hull St.<br>Montgomery, AL 36104 |

James E. Long
Ala. Dept. Of Human
Resources
P.O. Box 304000
Montgomery, AL 36130-4000

/s/ **William A. Scott, Jr.**
OF COUNSEL