IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No: 2:07-cv-00194-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 21 March 2008, this Court entered an Order (Doc. #57) denying as moot Plaintiff's Motion to Compel Discovery (Doc. #53). On the same date, Plaintiff filed a Reply to the Response (Doc. #56), which was not before the Court at the time the Order of denial was issued. Plaintiff has since filed a Motion for Reconsideration (Doc. #58), requesting that the Court reconsider its order based on the reasons set forth in Plaintiff's Reply. Upon consideration, it is

ORDERED that the Motion for Reconsideration (Doc. #58) is DENIED. The parties are reminded of their obligations under the Federal Rules of Civil Procedure to communicate and attempt to work out all discovery disputes without the intervention of the Court, even if this means rescheduling depositions.

Done, this 21th day of March 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE