IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No: 2:07-cv-00194-MEF |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 4 April 2008, Defendants Alabama Department of Human Resources, Page Walley, Tarilton Benton, Carolyn Bryson, Benjamin Jones, Alicia Sexton, Angela Sampson, and Jennifer Story, filed a Motion For Leave To File In Excess of Twenty-Five Interrogatories By DHR Defendants (DHR Defendants). (Doc. #61). In filing this motion, DHR Defendants consulted with Plaintiff's Counsel and Counsel for the other Defendants in this case. Plaintiff's have no objection to this motion. Therefore, it is

ORDERED that the Motion (Doc. #61) is GRANTED.

Done, this 7th day of April 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE