# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH**, et al., ) | |
|     Plaintiffs, ) | |
| v. ) | Case No. **2:07-CV-194-MEF-WC** |
| ) | |
| **CHILD PROTECT, INC.**, et al. ) | |
|     Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Allison H. Highley, Assistant City Attorney for the City of Montgomery, and respectfully moves this Court to permit her to withdraw from this case and says:

1. The undersigned entered an appearance in this case with regard to an objection to a Supoena Duces Tecum, which has been resolved by this Court. The City of Montgomery was terminated as an interested party on February 4, 2008.

2. Further, the undersigned is relocating out of Alabama and must leave her employ with the City of Montgomery.

WHEREFORE, premises considered, the undersigned respectfully moves this Court to permit her to withdraw from this case.

Respectfully submitted this the 12th day of May 2008.

                                              /s/ Allison H. Highley
                                              Allison H. Highley (HIG024)
                                              Withdrawing Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, the foregoing was served upon the following by electronically filing the same with the Clerk of Court which will cause e-mail notification to be sent to the following:

Sharon Elaine Ficquette
Michael C. Joiner
James Edward Long
Assistant Attorney General
Alabama Department of Human Resources
Post Office Box 304000
Montgomery, AL 36130-4000

William A. Scott, Jr.
Mickey Jansen Voss
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244

Daryl D. Bailey
Montgomery Co. District Attorney's Office
Post Office Box 1667
Montgomery, Alabama 36102

Timothy C. Halstrom
Attorney at Law
4170 Lomac Street
Montgomery, AL 36106

Judy H. Barganier
Law Offices of Judy H. Barganier, P.C.
7025 Halcyon Park Drive
Montgomery, AL 36117

James B. Brannan, Jr.
The Brannan Law Firm, PC
602 S. Hull Street
Montgomery, AL 36104


/s/ Allison H. Highley
Allison H. Highley (HIG024)