IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-194-MEF |
| ) | |
| DEPARTMENT OF HUMAN ) | |
| RESOURCES OF THE STATE OF ) | |
| ALABAMA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #63) filed on May 12, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE