# IN THE UNITED STATES DISTRICT COURT OF
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**ROGER N. SMITH, et al.,**     }
                                                      }
   **Plaintiffs,**                  }
                                                      }       Civil Action
vs.                                                }       Case No: 2:07-CV-00194-MEF
                                                      }
**ALABAMA DEPARTMENT OF**  }
**HUMAN RESOURCES, et al.**   }
                                                      }
   **Defendants.**

## MOTION TO WITHDRAW

COMES NOW, Assistant Attorney General Michael C. Joiner, for the State Department of Human Resources, who has retired as of April 30, 2008, and moves this Court for an order allowing him to withdraw from this case.

WHEREFORE, the undersigned respectfully request an order from this Court which releases him from further representation of the State in this case.

Respectfully submitted this 13th day of May, 2008.

            **TROY KING**
            **ATTORNEY GENERAL**
            **STATE OF ALABAMA**

            SHARON E. FICQUETTE
            ASSISTANT ATTORNEY GENERAL
            CHIEF LEGAL COUNSEL
            ALABAMA DEPARTMENT OF HUMAN RESOURCES

            //s// Michael C. Joiner
            Michael C. Joiner (JOI 003)
            Assistant Attorney General
            Alabama Department of Human Resources
            P. O. Box 304000
            Montgomery, AL  36130-4000
            Tele: (334) 242-9330
            E-mail: michael.joiner@dhr.alabama.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the above **MOTION TO WITHDRAW** upon all attorneys of record and/or parties in this case, by electronically filing or by placing copies of the same addressed to them in the U. S. Mail, first-class postage pre-paid, on this the 13th day of May, 2008.

Judy H. Bargainer, Esq.
7025 Halcyon Park Drive
Montgomery, AL  36117

Timothy C. Halstrom, Esq.
4170 Lomac Street
Montgomery, AL  36106

James B. Brannan, Esq.
The Branna Law Firm, PC
602 S. Hull Street
Montgomery, AL  36104

William A. Scott, Jr.
Mickey Jansen Voss
Scott, Sullivan, Streetman, & Fox, P.C.
2450 Valleydale Road
Birmingham, AL  35244

Sharon Ficquette
Chief Legal Counsel
Alabama Department of Human Resources
PO Box 304000
Montgomery, AL  36130-4000

James E. Long
Deputy Attorney General
Alabama Department of Human Resources
PO Box 304000
Montgomery, AL  36130-4000

    //s//_Michael C. Joiner_____
    MICHAEL C. JOINER JOI003
    Assistant Attorney General
    Ala. Dept. of Human Resources
    P. O. Box 304000
    Montgomery, AL  36130-4000
    Ph: (334) 242-9330
    Fax: (334) 242-0689

    ATTORNEY FOR DHR
    DEFENDANTS