IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROGER N. SMITH, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CIVIL ACTION |
| v. | * | CASE NO: 2:07-CV-00194-MEF |
| | * | |
| **ALABAMA DEPARTMENT OF** | * | |
| **HUMAN RESOURCES, et al.,** | * | |
| | * | |
| Defendants. | * | |

## MOTION TO WITHDRAW

COMES NOW J. Bernard Brannan, Jr., and moves this Honorable Court to allow him to withdraw as counsel of record for the Plaintiffs. The undersigned counsel avers that Plaintiffs are represented by other counsel, and said counsel can successfully sustain Plaintiffs' best interest in this case.

WHEREFORE, the undersigned counsel moves this Honorable Court for an Order allowing him to withdraw as attorney for the Plaintiffs.

Respectfully submitted this the 13th day of May, 2008.

/s/ J. BERNARD BRANNAN, JR. (BRA022)
Attorney for Plaintiffs

OF COUNSEL:
THE BRANNAN LAW FIRM, P.C.
602 South Hull Street
Montgomery, Alabama 36104
Telephone:    334/264-8118
Facsimile:    334/263-7598
Email:    jbb@brannanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing on the parties listed below by placing same in the U.S. mail, postage prepaid, on this 13th day of May, 2008.

| | |
|---|---|
| James E. Long<br>Deputy Attorney General<br>State of Alabama<br>Department of Human Resources<br>Post Office Box 304000<br>Montgomery, Alabama 36130-4000 | Judy H. Barganier<br>7025 Halcyon Park Drive<br>Montgomery, Alabama 36117 |
| William A. Scott, Jr.<br>Jansen Voss<br>Scott, Sullivan, Streetman & Fox<br>2450 Valleydale Road<br>Birmingham, Alabama 35244 | Timothy C. Halstrom<br>4170 Lomac Street<br>Montgomery, Alabama 36106 |

                                                /s/ J. BERNARD BRANNAN, JR.<br>                                                OF COUNSEL