IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER N. SMITH, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 2:07-cv-194-MEF |
| | ) |
| DEPARTMENT OF HUMAN | ) |
| RESOURCES OF THE STATE OF | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motions to Withdraw (Doc. #65 and #66) filed on May 13, 2008, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 19th day of May, 2008.

                                           /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE