# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROGER N. SMITH AND** | ) |
| **SHERRY SMITH** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) **Case No: 2:07-CV-194-MEF** |
| **VS.** | ) |
| | ) |
| **DEPARTMENT OF HUMAN** | ) |
| **RESOURCES of the STATE of** | ) |
| **ALABAMA, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## JOINT MOTION TO CONTINUE

    **COME NOW** the Defendants, in the above-referenced case and hereby jointly request that this Court enter an Order continuing this matter from its current January 12, 2008 trial setting for *not less than* six months so that all parties may complete discovery in this case. Further, Defendants request this Honorable Court to continue discovery deadlines to coincide with a new trial date including continuing the deadline for dispositive motions for not less than six months. As grounds therefore, the parties state as follows:

1. This case is set for jury trial on January 12, 2008;

2. This lawsuit is a complex suit involving fourteen (14) named parties. Over ten (10) expert witnesses have been identified and over thirty (30) fact witnesses.

3. Moreover, evidence identified to date includes over 2500 documents and several hours of audio-video tapes.

4. The parties are still in the process of completing discovery in this case. Depositions have been ongoing and the parties are making every effort to complete discovery.

5. The parties have outstanding depositions of several defendants and depositions of the

        Plaintiff that have not yet been completed. Parties also require the depositions of all other parties expert in this case.

6. The causes of action in the adversary proceeding have required extensive paper discovery and will require a number of additional depositions.

7. Counsel for all parties are working together to schedule the depositions discussed above. Due to the complex nature of the case, the number of counsel involved and the number of defendants involved, additional time for depositions is necessary before this case is in a posture for filing dispositive motions, setting mediation and/or trial.

8. Although counsel for all parties have been working together to schedule depositions in this case, Michael Joiner, counsel for defendant DHR and others underwent surgery several weeks ago and may be unable to attend depositions for the next few weeks.

9. Without the depositions discussed above, the parties cannot properly evaluate this case for settlement and/or properly prepare this case for trial.

10. It would be prejudicial to all defendants, if this Court were to require them to attend trial without having the opportunity to take the above mentioned depositions and prepare dispositive motions.

11. The parties have discussed alternative means of resolving this case and the Defendants have the hopes of mediating this case upon completion of discovery;

12. This Motion is made for good cause, in good faith and is not interposed for purposes of delay. A continuance of this matter will not prejudice any party and will serve in the best interest of justice.

13. Upon information and belief, the Plaintiffs agree that the current trial date of January 12, 2008 should be continued for not less than six months.

**WHEREFORE PREMISES CONSIDERED**, the Defendants hereby jointly request that the Court enter an Order continuing this case from its January 12, 2008 trial setting for *not less than* six months so that all parties may complete discovery in this case. Further, Defendants request this Honorable Court to continue discovery deadlines to coincide with a new trial date, including continuing the deadline for dispositive motions for not less than six months.

Dated this the 5th day of September, 2008.

  /s/ **William A. Scott, Jr.**
William A. Scott, Jr. (ASB-1539-O73W)
Attorney for Child Protect, Jana Conlee, Agnes McKeen and Sally Williamson
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Rd.
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 (fax)
wscott@sssandf.com

 /s/ Michael C. Joiner
Michael C. Joiner (JOI003)
Ass't Attorney General
Alabama DHR
P.O. Box 304000
Montgomery, AL 36130-4000
334-242-9330
334-242-0689
michael.joiner@dhr.alabama.gov

**ORAL ARGUMENT NOT REQUESTED.**